UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAUREN COUVILLION | * | CIVIL ACTION NO.: 3:22-CV-00263 |
| | * | |
| VERSUS | * | |
| | * | |
| BASEL'S MARKET, LLC; BOCAGE SUPERMARKET, LLC; AND RHONDA LINDSLY | * * * | |

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS WITH PREJUDICE:

**IT IS ORDERED** that, this Court having been informed of a settlement between the Parties, the Joint Motion to Dismiss with Prejudice be and is hereby **GRANTED**. Accordingly, the claims of Plaintiff in the above-captioned matter are hereby DISMISSED WITH PREJUDICE. Both parties shall bear their own costs.

Baton Rouge, Louisiana, this  20th  day of  September , 2022.

_____
Judge, United States District Court
Middle District of Louisiana